## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| MICHAEL RAMON OCHOA, | : | No. 137 WAL 2019 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| DR. ARTHUR LEVINE, ET AL, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 16th day of September, 2019, the Petition for Allowance of Appeal is **DENIED**.

    Justice Wecht did not participate in the consideration or decision of this matter.